```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA

                         NEW ORLEANS DIVISION

LARKIN H. BAGGETT, III                  CIVIL ACTION NO. 10-1244

VERSUS                                  JUDGE ZAINEY

CHEVRON U.S.A., INC.                    MAG. JUDGE WILKINSON
**************************************************************
```

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, through his undersigned counsel, comes Plaintiff, Larkin H. Baggett, III, and on suggesting to this Honorable Court that he desires to dismiss this action, without prejudice, and that Chevron U.S.A., Inc., the only opposing party, has neither filed an Answer nor a Motion for Summary Judgment.

```
                         LAWRENCE N. CURTIS, LTD.
                         (A Professional Law Corporation)
                         300 Rue Beauregard, Bldg. C
                         Post Office Box 80247
                         Lafayette, Louisiana 70598-0247
                         Telephone: (337) 235-1825
                         Facsimile: (337) 237-0241


                         BY: s/Lawrence N. Curtis
                             LAWRENCE N. CURTIS (4678)

                                 and

                         Kenneth W. Jacques, Esq. (#7214)
                         A PROFESSIONAL LAW CORPORATION
                         Suite 355, Maritime Building
                         203 Carondelet Street
                         New Orleans, Louisiana 70130
                         Telephone: (504) 524-1954
                         Facsimile: (504) 529-1782
                         E-Mail: kenjacqueslaw@yahoo.com
```